IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRUCE SCOTT, :
    Plaintiff, : CIVIL ACTION
:
v. :
:
ALLIED WASTE SERVICES :
OF BUCKS-MONT, : No. 10-105
    Defendant. :

## ORDER

**AND NOW**, this **23rd** day of **December, 2010**, upon consideration of Defendant Allied Waste's Motion for Summary Judgment, Plaintiff's Opposition thereto, Defendant's Reply thereon, Plaintiff's Sur-Reply thereto, and for the reasons stated in the Court's Memorandum dated December 23, 2010, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Document No. 16) is **GRANTED.**

2. Judgment is entered in favor of Defendant and against Plaintiff.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**